No. 64644.—Frank P. Dow Co., Inc., of L.A. *v.* United States, protest 59/12595(A) (Los Angeles).

Opinion by MOLLISON, J.   In accordance with stipulation of counsel that the merchandise consists of chairs similar in all material respects to those the

subject of *Davies Turner & Co.* v. *United States* (45 C.C.P.A. 39, C.A.D. 669), the claim of the plaintiff was sustained.